UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Dmatreze T. Johnson dba D Trucking 88 LLC,<br><br>Debtor(s)<br><br>Navy Federal Credit Union,<br><br>Plaintiff(s)<br><br>Dmatreze T. Johnson dba D Trucking 88 LLC<br><br>Defendant(s) | BK No.: 19-33286<br>Chapter: 7<br>Honorable David D. Cleary<br><br>Adv. No.: 20-00123 |

**AGREED ORDER**

This matter, coming to be heard on the Defendant's motion, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court ORDERS:

1. The parties' entry into the Settlement Agreement filed on the adversary docket on December 23, 2020, shall resolve the above-captioned adversary proceeding, and the Clerk of the Bankruptcy Court may close the above-captioned adversary proceeding in its usual manner.

Enter: *[signature]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated:  December 28, 2020

**Prepared by:**

William J. Factor (6205675)
FACTORLAW
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel: (312) 878-4830
Fax: (847) 574-8233
Email: wfactor@wfactorlaw.com